MARGEAUX FAIRLEY      *      NO. 2022-CA-0247

VERSUS      *      COURT OF APPEAL

JARED MERTENS POCHE,      *      FOURTH CIRCUIT
LIVE NATION WORLDWIDE,
INC. AND SMG      *      STATE OF LOUISIANA

     *

     *

* * * * * * *

*SCJ*
JENKINS, J., CONCURS IN THE RESULT